# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **DANIEL REALE** | : |
| | :    **CA No.1 :17-cv-00198-M-PAS** |
| **Plaintiff,** | : |
| **vs** | : |
| | : |
| **DEPARTMENT OF CHILDREN,** | |
| **YOUTH AND FAMILIES,** | |
| **HARRY LONERGAN,** | : |
| **BETHANN MYERS,** | |
| **DIANE LEYDEN,** | : |
| **DEFENDANTS** | |

## MOTION FOR EXTENSION OF TIME RE HEARING

The undersigned reports that the Rhode Island Family Court has scheduled the motion he submitted requesting transcripts necessary for the hearing this Court schedule for January 7, 2019 (re Rhode Island Defendants' Motion to Dismiss) has been scheduled for a hearing on February 21, 2019.

Accordingly, the undersigned will not be able to proceed, and the hearing scheduled for January 7, 2019 will need to be rescheduled to a future date beyond February 21, 2019, and to provide the necessary time required for the Family Court's orders to be effectuated, so that the results of which would accomodate proceedings in

the instant matter.

   THE PLAINTIFF,
   DANIEL REALE


  /s/ Dan Reale
Daniel Reale
 20 Dougherty Ave
Plainfield, CT 06374
(860) 377-4087
headlinecopy@gmail.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of the foregoing and the proposed amended complaint attached hereto were sent via email to the following counsel and parties of record on or before this 19th Day of December, 2018 via PACER's ECF system:

  /s/ Dan Reale
Daniel Reale

**Brenda D. Baum**
Attorney General's Office
150 South Main Street
Providence, RI 02903
via bbaum@riag.ri.gov